UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. HELD,<br><br>          Plaintiff,<br>v.<br><br>CAROLYN COLVIN,<br><br>          Defendant. | Case No. C 13-5803 MMC<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |

          ( )     IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

          ( X )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than January 24, 2014.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his responsibility to serve defendants with the complaint and any amendments, and the Order Setting Initial Case Management Conference and ADR Deadlines and attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

          ( )     IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ ___ no later than _____.  Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  Plaintiff is hereby apprised of his responsibility to serve defendant with the complaint and any amendments, and the Order Setting Initial Case Management Conference and ADR Deadlines and attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

          Plaintiff has a continuing obligation to keep the Court informed of his current address.  Failure to do so may result in dismissal.

Dated: December 20, 2013

_____
UNITED STATES DISTRICT JUDGE