Paul Held
2320 Toyon Way
San Bruno, CA 94066-1938
Tel:   650.589.1309

Plaintiff, Pro Se

APPROVED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL HELD, | ) Case No. 3:13-5803 NC |
| Plaintiff, | ) DECLARATION RE: RECEIPT OF |
| v. | ) ADMINISTRATIVE TRANSCRIPT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## RECITALS

1.) On May 14, 2014, the Court granted plaintiff's motion for an extension of the deadline to file his summary judgment motion and granted plaintiff 28 days to file it from the receipt of the administrative record.

2.) On May 28, 2014, Defendant filed a Certificate of Service of the Administrative Transcript.

3.) On June 17, 2014, Defendant filed a second Certificate of Service of the Administrative Transcript.

DECLARATION RE: RECEIPT OF ADMINISTRATIVE TRANSCRIPT
page 1

## DECLARATION

1.) I. Paul Held, am the plaintiff in this case and if called to testify as to the facts stated herein, I am competent to do so.

2.) I received a disk supposedly containing the Administrative Transcript from defendant on May 28, 2014, but was unable to open it as the password given with it did not allow the files to be opened.

3.) I promptly reported this to defendant's counsel.

4.) On June 17, 2014, I received another disk with another password from defendant and was able to open it and it contains the Administrative Record in this case.

5.) Therefore, the Administrative Record was received on June 17, 2014 and the 28 days to file my moving papers will expire on July 15, 2014.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 6-20-2014

Paul Held